IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ADVANCED SYSTEMS TECHNOLOGY )
AND MANAGEMENT, INC., )
)
*Plaintiff,* )
) Case No. 1:18-cv-988
v. )
)
FEI GUAN, )
)
*Defendant.* )

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Theresa Carroll Buchanan, dated September 20, 2018 (Dkt. 61). There was no objection to the R&R. The Court has reviewed the Complaint, the Order granting in part Plaintiff's Emergency Motion to Compel Compliance with Preliminary Injunction Order (Dkt. 55), and the supporting documents, and **ADOPTS** the findings and recommendations of Judge Buchanan.

November 19, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge